## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Erwin S. Springer, aka Erwin Springer      CHAPTER 7
        &
      Judith L. Springer, aka Judith Springer      BKY. NO. 16-18552 AMC

         Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

           Respectfully submitted,

           **/s/Brian C. Nicholas, Esquire**
           Brian C. Nicholas, Esquire
           Thomas Puleo, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322 FAX (215) 627-7734